**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01241-REB-KLM

ALFRED DEMAIO,

    Plaintiff,

v.

GALAXY ASSET PURCHASING, LLC, a Nevada limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal With Prejudice** [#21],[1] filed January 27, 2015.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice, with the parties to pay their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#21], filed January 27, 2015, is **APPROVED**;

    2.  That all extant pretrial deadlines, as well as the combined Final Pretrial Conference and Trial Preparation Conference, currently scheduled for May 15, 2015, at 9:30 a.m., and the trial, currently scheduled to commence on June 1, 2015, are **VACATED**;

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and  electronic case filing system (CM/ECF).  I use this convention throughout this order.

3. That any pending motions are **DENIED AS MOOT**; and

4. That this action is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated January 28, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge